Case No. 23-3286

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

LANLAN LI,

PLAINTIFF-APPELLANT,

    v.

FRESENIUS KABI, USA, LLC.

DEFENDANT-APPELLEE.

---

**Appeal From the United States District Court
For The Northern District Of Illinois
Eastern Division**

**JOINT MOTION FOR REMOTE ORAL ARGUMENT**

CARLA D. AIKENS P.L.C.
Carla D. Aikens (6296269)
Attorneys for Plaintiff-Appellant
615 Griswold Street, Suite 709
Detroit, MI 48226
Tel: (844) 835-2993
Fax: (877) 454-1680
carla@aikenslawfirm.com

Comes now Plaintiff, (hereinafter "Plaintiff"), and Defendant, (hereinafter "Defendant"), by and through their attorneys, jointly request permission from the Court to appear telephonically or via video conference for Oral Argument on May 30, 2024, because Plaintiff's counsel is located in Michigan and scheduled to fly out of town and is therefore unable to appear in person on the specified hearing date. In support of this motion, Plaintiff states as follows:

1. The parties' hearing is on May 30, 2024.
2. Plaintiff's counsel will be accessible via videoconference on this date but is scheduled to be out of town and unable to travel to Illinois and back to Michigan in sufficient time to attend the hearing in person.
3. Defendant's counsel has consented to also attend the hearing via videoconference.

Wherefore, the parties respectfully request that Plaintiff and Defendant be permitted to appear via video conference, and that this Court grant any such other relief this Court deems just, equitable and proper.

Dated May 7, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Carla D. Aikens* | */s/ Stephanie a. Cantrell (with consent)* |
| Carla D. Aikens | Stephanie A. Cantrell |
| Carla D. Aikens, P.L.C. | Schueler, Dallavo & Casieri |
| 615 Griswold Street | 525 W. Monroe St., Suite 1530 |
| Suite 709 | Chicago, IL 60661 |
| Detroit, MI 48226 | (313) 831-1090 |

## **CERTIFICATE OF SERVICE**

I, Katarzyna Nowicki, a Legal Assistant, certify that on May 7, 2024, I caused to be electronically filed a copy of the foregoing ***Request for Remote Oral Argument*** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Katarzyna Nowicki*